IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ANTHONY TORTORICE, SR., | |
|---|---|
| *Plaintiff,* | |
| v. | CIVIL ACTION NO. 17-2626 |
| MICHAEL BARNES, *et al.*, | |
| *Defendants.* | |

### ORDER

**AND NOW**, this 6th day of November 2017, upon consideration of Defendants' Motions to Dismiss (ECF Nos. 10 & 12), Plaintiff's Responses (ECF Nos. 14 & 16), and the Union's Reply (ECF No. 17), it is **ORDERED** that Defendants' Motions to Dismiss are **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.